■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY QUINONES, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about July 16, 2003, unanimously affirmed. No opinion.

Order filed. Concur—Tom, J.P., Saxe, Gonzalez, Buckley and Catterson, JJ.